**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| Matthew Butkovich,<br><br>    Plaintiff,<br><br>v.<br><br><br>First Premier Bank; and Equifax<br>Information Services, LLC,<br><br>    Defendants. | Case No.: 8:24-cv-01693-SDM-SPF<br><br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT FIRST PREMIER BANK** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant First Premier Bank may be dismissed without prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against Equifax Information Services, LLC remain pending.

Respectfully submitted September 4, 2024

*/s/ Trescot Gear*
Trescot Gear
Gear Law, LLC
1405 W. Swann Ave.
Tampa, FL 33606

Mailing Address:
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ Trescot Gear